UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

```
─────────────────────────────────────────x
                                         :
LIGHT & HOPE ENERGY CO., LTD.,           :
                                         :
                  Plaintiff,             :
                                         :
        v.                               :   Court No. 22-00303
                                         :
UNITED STATES; OFFICE OF THE UNITED      :
STATES TRADE REPRESENTATIVE;             :
KATHERINE CHI TAI, U.S. TRADE            :
REPRESENTATIVE; UNITED STATES            :
CUSTOMS AND BORDER PROTECTION,           :
and CHRIS MAGNUS, in his official capacity :
as Commissioner of United States Customs :
and Border Protection,                   :
                                         :
                  Defendants.            :
─────────────────────────────────────────x
```

**ORDER**

Upon consideration of the Consent Motion to Stay ("Motion") filed by Plaintiff Light & Hope Energy Co., Ltd. and all other papers and proceedings herein, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that the above-captioned proceeding is **STAYED**; and it is further

**ORDERED** that the parties shall submit a joint status report to the Court no later than 30 days after final and conclusive resolution of *Solar Energy Industries Association et al. v. United States et al.*, Fed. Cir. Case Nos. 2022-1392, including any further appeal therefrom.

/S/    Gary S. Katzmann
Judge, U.S. Court of International Trade

Dated: December 1, 2022
New York, New York