| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 7A |

| Light & Hope Energy Co., Ltd., | |
|---|---|
| Plaintiff, | Court No.  22-0303 |
| v. | |
| United States et al., | |
| Defendant. | |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: August 11, 2025

Erik D. Smithweiss
Attorney for Plaintiff

707 Wilshire Boulevard, Ste 4150
Street Address

Los Angeles, CA 90017-3720
City, State and Zip Code

(213) 624-1970
Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk