UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7A

Light & Hope Energy Co., Ltd.,

                      Plaintiff,

    v.                                                                    Court No.   22-0303

United States et al.,

                      Defendant.

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: August 11, 2025

Erik D. Smithweiss
Attorney for Plaintiff

707 Wilshire Boulevard, Ste 4150
Street Address

Los Angeles, CA 90017-3720
City, State and Zip Code

(213) 624-1970
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: August 12, 2025

Clerk, U. S. Court of International Trade

By: /s/          Geoffrey Goell
Deputy Clerk